THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD RATCLIFF, Appellant. [966 NYS2d 433]—

Order, Supreme Court, New York County (Renee A. White, J.), entered on or about September 6, 2011, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the court's discretionary upward departure. "[T]he level suggested by the [risk assessment instrument] is merely presumptive and a SORA court possesses the discretion to impose a lower or higher risk level if it concludes that the factors in the RAI do not result in an appropriate designation" (*People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *see also People v Johnson*, 11 NY3d 416, 421 [2008]). Here, even though defendant was assessed the maximum amount of points under the risk factors for use of violence and sexual contact, the RAI did not adequately account for the extreme egregiousness of defendant's conduct (*see e.g. People v Guasp*, 95 AD3d 608 [1st Dept 2012], *lv denied* 19 NY3d 812 [2012]). Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Gische, JJ.

KUNICKA RAY-OLLENU, Appellant, v KAUFMAN MANAGEMENT COMPANY, Respondent. [969 NYS2d 444]—Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered May 9, 2012, which, upon renewal, granted defendant's motion to change venue from Bronx County to New York County, unanimously affirmed, without costs.

There is an absence of evidence in the record demonstrating an intent of plaintiff to reside in Bronx County "with some degree of permanency" (*Rivera v Jensen*, 307 AD2d 229, 230 [1st Dept 2003] [internal quotation marks omitted]; *see Sibrizzi v Mount Tom Day School*, 155 AD2d 337 [1st Dept 1989]). Even accepting plaintiff's allegations and evidence to be true, the evidence shows only that plaintiff stayed with her mother in Bronx County for a brief period of time while she was having marital problems with her husband, who remained in Georgia with the couple's daughters. Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Gische, JJ.